Argued January 19, affirmed January 19, petition for rehearing
denied February 23, petition for review
denied March 31, 1972

## STATE OF OREGON, *Respondent, v.* JAMES ARTHUR WILLIAMS (No. 16087), *Appellant.*

492 P2d 833

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Joseph F. Ceniceros,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.